IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                     CRIMINAL NO. 4:09cr50

ROBERT LLOYD

## ORDER APPOINTING COUNSEL

Pursuant to the Order Granting Motion for Appointment of Counsel dated February 23, 2010 (docket entry no. 91), IT IS HEREBY ORDERED that:

1) The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause; and

2) Attorney Kenneth H. Coghlan, who was contacted by the Office of the Federal Public Defender on February 23, 2010, and agreed to represent the defendant henceforth as his counsel of record, is hereby appointed for appeal purposes.

IT IS SO ORDERED this the 24th day of February, 2010.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI